Filed: October 3, 2007

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 07-6503
(1:06-cv-00683)


DAVID T. FELDER,

Petitioner - Appellant,

versus

GENE JOHNSON, Director,
Virginia Department of Corrections,

Respondent - Appellee.


O R D E R


The court amends its opinion filed September 14, 2007, as follows:

On the cover sheet, district court information, the case number is corrected to read "1:06-cv-00683)."


For the Court

/s/ Patricia S. Connor

_____
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6503**

———————

DAVID T. FELDER,

                              Petitioner - Appellant,

        versus

GENE JOHNSON, Director, Virginia Department of
Corrections,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:06-cv-00683)

———————

Submitted:  September 7, 2007      Decided:  September 14, 2007

———————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David T. Felder, Appellant Pro Se.  Virginia Bidwell Theisen,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David T. Felder seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Felder has not made the requisite showing. Accordingly, we deny Felder's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED